NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIMON NICHOLAS RICHMOND,**
*Appellant*

**v.**

**COLEMAN CABLE, LLC, JIAWEI TECHNOLOGY (HK) LTD., JIAWEI TECHNOLOGY (USA) LTD., SHENZHEN JIAWEI PHOTOVOLTAIC LIGHTING CO., LTD., ATICO INTERNATIONAL (ASIA) LTD., ATICO INTERNATIONAL USA, INC., SMART SOLAR, INC., TEST RITE PRODUCTS CORP.,**
*Appellees*

---

2016-1773

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00935.

---

**JUDGMENT**

---

THEODORE FREDERICK SHIELLS, Shiells Law Firm PC, Dallas, TX, argued for appellant. Also argued by MARCUS BENAVIDES, Benavides Law, Dallas, TX.

MARK CHRISTOPHER NELSON, Dentons US LLP, Dallas, TX, argued for appellees. Also represented by RICHARD SALGADO; KEVIN R. GREENLEAF, Palo Alto, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 9, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |